BRADDY & BRADDY v. LUMERY, *et al.*

1. NEW TRIAL. The judgment of the court below will not be reversed because of error in the ruling of the court on a legal proposition when the record shows that with such error corrected the verdict on a second trial would be the same as the one first rendered.

*Appeal from Page District Court.*

SATURDAY, OCTOBER 6.

PLAINTIFFS sue upon an injunction bond. They recovered a verdict for $1500, which, on defendants' motion, was set aside and a new trial ordered. Plaintiffs appeal.

*Wear, Morledge & Chittenden* for the appellants.

*Rector & Harvey* for the appellees.

WRIGHT, J.—Though we might conclude that the court

erred in the reception or rejection of certain testimony offered, or in giving and modifying the instructions asked, we would still be unable to say that there was error in setting aside the verdict. The cause was submitted to the jury upon a large amount of written and parol testimony; their verdict was in favor of plaintiffs in the sum of $1500; defendants moved to set this aside for the reason, among others, that it was against the evidence, and excessive. This motion was sustained, and we are not prepared to say that in so ordering the court abused its discretion. If the motion had been overruled, we should not have interfered, nor shall we where it has been sustained.

Plaintiffs insist that if certain testimony offered by them had been received, and if the court had given the law as they claimed, the verdict would have been most manifestly right; and that as their positions ought to have been sustained, this court will correct these errors and at the same time sustain the verdict. This is not a case falling within the rule for which they contend. If the court erred in the decision of a legal proposition, and we could see that with such error corrected, the verdict on a second trial must necessarily be as first rendered, then we might reverse the order for a new trial. Here, however, it is very far from being manifest that if the law is as claimed by appellants, a second trial would result as the first, and that the court below therefore erred in setting aside the verdict.

Judgment affirmed.